**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Port Arthur Steam Energy, L.P. v. Oxbow Calcining LLC

Appellate case number:   01-20-00606-CV

Trial court case number: 2020-18313

Trial court:             270th District Court of Harris County

Appellant, Port Arthur Steam Energy, L.P., has filed a motion to review supersedeas order and emergency motion to stay all trial court proceedings pending the adjudication of the motion to review supersedeas order. The motion to stay is **granted.**

The Court requests a response to appellant's motion to review supersedeas order. The response, if any, is due no later than 20 days from the date of this order.

It is so ORDERED.

Judge's signature: _____/s/ Julie Countiss_____
                              Acting individually

Date: January 7, 2020